CASE CLOSED

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

JACK KANG, an individual      Civil Action Number: 2:19-cv-11753

    Plaintiff

v.

WYNDHAM HOTEL GROUP, LLC

    Defendant

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

**PLEASE TAKE NOTICE** that Plaintiff, **JACK KANG** and the undersigned counsel, pursuant to Federal Rule of Civil Procedure Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice as to the claims against the Defendant, **WYNDHAM HOTEL GROUP, LLC.**

Dated May 30, 2019

        Respectfully submitted,

        */s/ Stamatios Stamoulis*
        Stamatios Stamoulis
        New Jersey Bar No.: 017901999
        Stamoulis & Weinblatt LLC
        800 N. West Street, Third Floor
        Wilmington, DE 19801
        Tel: (302) 999-1540
        Email: stamoulis@swdelaw.com
        *Counsel for Plaintiff*

1

/s/ *Yvette J. Harrell*
Yvette J. Harrell
Florida Bar No: 12936
Legal Justice Advocates, LLP
1629 K Street NW, Suite 300
Washington, D.C. 20006
Tel: (202) 290-6671
Email: yh@legaljusticeadvocates.com
*Counsel for Plaintiff*

5/31/19  SO ORDERED
Madeline Cox Arleo, U.S.D.J.